IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



FILED

MAR 05 2020

Clerk, U.S. District Court
District Of Montana
Missoula

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MILFERD K. SIEFKE,<br><br>Defendant. | CV 18–34–M–DLC<br><br><br>ORDER |

Before the Court is Defendant Milferd K. Siefke's ("Siefke") pro se motion for early termination of probation. (Doc. 44.) The United States does not object to Siefke's motion. On February 21, 2019, Siefke was sentenced to two years of probation following his guilty plea on one count of prohibited person in possession of a firearm. He has served over one year, during which time he has been fully compliant with all terms of probation, including the term requiring completion of 100 hours of community service.

Federal law provides that a court "may . . . terminate a term of probation previously ordered and discharge the defendant . . . after the expiration of one year of probation in the case of a felony, if it is satisfied that such action is warranted by the conduct of the defendant and the interest of justice." 18 U.S.C. § 3564(c). In

-1-

determining whether to terminate a term of probation, a court shall consider the factors set forth in 18 U.S.C. § 3553(a). 18 U.S.C. § 3564.

Here, "the history and characteristics of the defendant" counsel in favor of granting Siefke's motion. 18 U.S.C. § 3553(a)(1). Siefke has completed over a year of his term of probation. He has maintained a stable, law-abiding home life. Siefke has successfully complied with all conditions of his supervision, including spending over 100 hours distributing food to families in need. The Court is convinced that the interests of justice and, particularly, Siefke's success to date justify early termination of probation.

Accordingly, IT IS ORDERED that Siefke's motion (Doc. 44) is GRANTED. The term of probation imposed by the February 21, 2019 Judgment is TERMINATED as of the date of this Order. Siefke is hereby DISCHARGED from the sentence of probation in this case.

DATED this 5th day of March, 2020.

Dana L. Christensen, Chief Judge
United States District Court